**ORIGINAL**

**FILED**

12/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0185

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### AF 06-0185

IN THE MATTER OF APPOINTING MEMBERS
TO THE SENTENCE REVIEW DIVISION OF          O R D E R
THE MONTANA SUPREME COURT

The term of retired District Court Judge John Warner as the Alternate Member of the Sentence Review Division of the Montana Supreme Court expires on December 31, 2024. The Court thanks Judge Warner for his service.

Pursuant to § 46-18-901, MCA, the expiration of Judge Warner's term requires the Chief Justice of this Court to appoint a new member to the Sentence Review Division. Therefore, with the consent of the appointee,

IT IS ORDERED that Honorable District Court Judge-elect Jeffrey W. Dahood of the Third Judicial District Court is appointed as the Alternate Member of the Sentence Review Division for a term of three years, expiring December 31, 2027.

The Clerk is directed to provide copies of this Order to Judge John Warner, retired, Judge-elect Jeffrey W. Dahood, all members of the Sentence Review Division, the State Bar of Montana, Shelly Smith, Office Administrator to the Sentence Review Division, and all Montana District Court Clerks.

DATED this 11 day of December, 2024.

For the Court,

By _____
Chief Justice

FILED

DEC 1 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana